IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| JOHN DOE, ) | |
| ) | Motion GRANTED in part - Clerk shall seal Docket No. 6. |
| And ) | |
| ) | *[signature]* |
| JANE DOE, ) | |
| ) | Civil Action No: 3:25-cv-634 |
| *Plaintiffs*, ) | |
| ) | |
| v. ) | |
| ) | Judge Trauger |
| STEWART COUNTY, ) | |
| TENNESSEE; ) | |
| ) | |
| And, ) | |
| ) | |
| DANA SALTKILL; ) | |
| ) | |
| *Defendants.* ) | |

**PLAINTIFF'S MOTION TO STRIKE OR, IN THE ALTERNATIVE, SEAL DOCKET ENTRY 6**

Comes now Plaintiff, by and through Counsel, and moves this Honorable Court to STRIKE or, in the alternative, SEAL docket entry No. 6 in this matter. Plaintiffs have filed this case under pseudonyms, and in light of the nature of the subject matter will be filing a motion to proceed under pseudonym status throughout this litigation. Courts "may excuse plaintiffs from identifying themselves in certain circumstances" where "a plaintiff's privacy interests substantially outweigh the presumption of open judicial proceedings." *Doe v. Porter,* 370 F.3d 558, 560 (6th Cir. 2004). While it will be up to the Court to determine whether Plaintiffs may so proceed, until that decision is rendered Plaintiffs' anonymity should be preserved.

While the Complaint in this matter does not identify Plaintiffs in any way, Counsel for Plaintiffs inadvertently included some identifying information in the attachment that resulted in

1