# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| JOHN DOE, ET AL., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>STEWART COUNTY, TENNESSEE, ET AL., )<br>)<br>Defendant. ) | Civil No. 3:25-cv-634<br>Judge Trauger |

## ORDER CONCERNING UPCOMING
## INITIAL CASE MANAGEMENT CONFERENCE

The initial case management conference in this case is scheduled for September 9, 2025 at 1:00 p.m.

District Judge Aleta Trauger conducts her own initial case management conferences, and they are held **IN PERSON**, not by videoconference or telephone. Counsel is reminded that, as stated in the Notice setting the initial case management conference issued at the beginning of the case, **LEAD COUNSEL** for each party is required to attend the initial case management conference unless excused by order of the court.

**IT IS SO ORDERED.**

ALETA A. TRAUGER
U.S. DISTRICT JUDGE