IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JOHN DOE, ET AL., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil No. 3:25-cv-634 |
| ) | Judge Trauger |
| STEWART COUNTY, TENNESSEE, ET AL., ) | |
| ) | |
| Defendant. ) | |

**ORDER**

The Plaintiffs' Motion to Proceed Under Pseudonyms and for Protective Order (Doc. No. 16) is GRANTED IN PART. The plaintiffs will be allowed to proceed under pseudonyms, and the defendants do not oppose their doing so. The plaintiffs' request for a protective order shall be held in abeyance pending a response by the defendants that may propose an alternative protective order.

**IT IS SO ORDERED.**

_____
ALETA A. TRAUGER
U.S. DISTRICT JUDGE