> The Motion for Protective Order is GRANTED IN PART.
>
> /s/ [signature]

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| JOHN DOE, | ) |
| And | ) |
| JANE DOE, | ) |
|     *Plaintiffs*, | ) Civil Action No: 3:25-cv-634 |
| v. | ) |
| STEWART COUNTY, TENNESSEE; | ) Judge Trauger |
| And, | ) |
| DANA SALTKILL; | ) |
|     *Defendants.* | ) |

**PLAINTIFFS' MOTION TO PROCEED UNDER PSEUDONYM
AND FOR PROTECTIVE ORDER**

Plaintiffs hereby move the Court for permission to proceed in this action under the pseudonyms "John Doe" and "Jane Doe." This part of this motion is UNOPPOSED.

Plaintiffs also move to enter a protective order barring the disclosure of their true names or other information that identifies them or their family members, directly or indirectly, and requiring that any documents containing such information be redacted or filed under seal. As discussed below, Defendants OPPOSE the proposed protective order as drafted.

In support of this motion, Plaintiffs submit a supporting memorandum and the record in this case. Courts "may excuse plaintiffs from identifying themselves in certain circumstances" where "a plaintiff's privacy interests substantially outweigh the presumption of open judicial proceedings." *Doe v. Porter,* 370 F.3d 558, 560 (6th Cir. 2004).

1