> Motion GRANTED.
> *[signature]*

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| JOHN DOE,<br><br>And<br><br>JANE DOE,<br><br>    *Plaintiffs*,<br><br>v.<br><br>STEWART COUNTY, TENNESSEE;<br><br>And,<br><br>DANA SALTKILL;<br><br>    *Defendants.* | Civil Action No: 3:25-cv-634<br><br>Judge Trauger |

**PLAINTIFF'S MOTION TO FILE REDACTED VERSIONS OF THEIR <u>MOTION TO COMPEL SUBPOENA PRODUCTION FROM TNARNG</u> AND ASSOCIATED FILINGS, WHILE FILING COMPLETE VERSIONS OF SAID FILINGS UNDER SEAL**

Come now Plaintiffs, by and through Counsel, and move this Honorable Court UNOPPOSED pursuant to Local Rule 5.03 and Administrative Practices and Procedures for ECF Filing § 5.07 to authorize Plaintiffs to file redacted public versions of their Motion to Compel Subpoena Production from Tennessee Army National Guard, supporting exhibits, and proposed order while filing the complete, unredacted versions of these filings under seal. The nature of the redactions in the public versions is to redact Plaintiffs' true identities from said filings,

The Court has previously granted Plaintiffs' motion to proceed under pseudonyms in this matter, based on the recognition that this matter deals with information of the "utmost intimacy." (ECF 19, <u>Order</u>); *Doe v. Porter*, 370 F.3d 558, 560 (6th Cir. 2004). Here, Plaintiffs' TNARNG

1