IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF TENNESSEE

*Motion GRANTED. Extension to 2/6/2026.*

| | |
|---|---|
| JOHN DOE, ) <br> ) <br> And ) <br> ) <br> JANE DOE, ) <br> ) <br> *Plaintiffs*, ) <br> ) <br> v. ) <br> ) <br> STEWART COUNTY, ) <br> TENNESSEE; ) <br> ) <br> And, ) <br> ) <br> DANA SALTKILL; ) <br> ) <br> *Defendants.* ) | Civil Action No: 3:25-cv-634 <br><br> Judge Trauger |

**PLAINTIFFS' MOTION TO EXTEND TENNESSEE ARMY NATIONAL GUARD'S DEADLINE TO RESPOND TO PLAINTIFFS' MOTION TO COMPEL**

Come now Plaintiffs, by and through Counsel, and move this Honorable Court UNOPPOSED to extend the Tennessee Army National Guard ("TNARNG")'s deadline to respond to Plaintiffs' Motion to Compel Subpoena Production (ECF 25, Motion) to **February 6, 2026**. Plaintiffs would show:

Plaintiffs filed their motion to compel on January 13, 2026, and then served it electronically on the TNARNG that same day. Later that same day, the U.S. Middle District of Tennessee's United States Attorney's Office's Civil Division Chief, Mark Wildasin, contacted Counsel for Plaintiffs and indicated that he will be representing TNARNG in this matter. Counsels discussed the matter of Plaintiffs' subpoena, the *Touhy* process, and this motion to compel by phone. It appeared to undersigned Counsel that there may be significant room for

1