Motion GRANTED as unopposed. The Clerk shall file the First Amended Complaint attached to the motion.

**IN THE UNITED STATES DISTRICT COURT FOR THE**
**MIDDLE DISTRICT OF TENNESSEE**

| | | |
|---|---|---|
| **JOHN DOE,** | ) | |
| | ) | |
| **And** | ) | |
| | ) | |
| **JANE DOE,** | ) | |
| | ) | **Civil Action No: 3:25-cv-634** |
| *Plaintiffs,* | ) | |
| | ) | |
| v. | ) | |
| | ) | **Judge Trauger** |
| **STEWART COUNTY,** | ) | |
| **TENNESSEE;** | ) | |
| | ) | |
| **ET AL,** | ) | |
| | ) | |
| *Defendants.* | ) | |

---

### PLAINTIFF'S MOTION TO AMEND COMPLAINT

---

Come now Plaintiffs, by and through Counsel, and move this Honorable Court pursuant to Rule 15(a)(2) to permit them to file the attached First Amended Complaint.

Plaintiffs are filing a contemporaneous memorandum of law in support of this motion.

Counsel for Plaintiffs provided a draft copy of the proposed First Amended Complaint to Counsel for Defendants on February 12, 2026. Counsel for Defendants responded on February 16, 2026 indicating that he was not yet able to express Defendants' position on the proposed amendment, and that he would respond to this motion after it is filed.

### CONCLUSION

Based on the foregoing, Plaintiffs respectfully request leave to file the attached First Amended Complaint.

1