Motion GRANTED.

# IN THE UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| JOHN DOE, ) | |
| ) | |
| And ) | |
| ) | |
| JANE DOE, ) | |
| ) | **Civil Action No: 3:25-cv-634** |
| _Plaintiffs,_ ) | |
| ) | |
| v. ) | |
| ) | **Judge Trauger** |
| STEWART COUNTY, ) | |
| TENNESSEE; ) | |
| ) | |
| And, ) | |
| ) | |
| DANA SALTKILL; ) | |
| ) | |
| _Defendants._ ) | |

---

## MOTION TO AUTHORIZE PRODUCTION FROM TENNESSEE ARMY NATIONAL GUARD NOTWITHSTANDING U.S. PRIVACY ACT AND FOR PROTECTIVE ORDER

---

Come now Plaintiffs and move this Honorable Court for a court order pursuant to 5 U.S.C. § 522a(b)(12) (the "Privacy Act") authorizing the production of records from the Tennessee Army National Guard ("TNARNG"), and request that that order also serve as a protective order governing the handling of those records in the course of this litigation.

Plaintiffs previously filed for a _Touhy_ order to compel the production of records from the TNARNG. (ECF 25, Motion to Compel). Counsel for Plaintiff has been in communication with Counsel for the TNARNG since January, working together to resolve this issue. (ECF 30, Motion to Extend TNARNG Response; ECF 32, Motion to Extend TNARNG Response). Pursuant to that process, TNARNG has already made a limited production. _Id._ TNARNG is now preparing to make a larger production, however, Counsel for TNARNG has identified the

1