Motion GRANTED.
Extensions as requested.

**IN THE UNITED STATES DISTRICT COURT FOR THE**
**MIDDLE DISTRICT OF TENNESSEE**

| | | |
|---|---|---|
| **JOHN DOE,** | ) | |
| | ) | |
| **And** | ) | |
| | ) | |
| **JANE DOE,** | ) | |
| | ) | **Civil Action No: 3:25-cv-634** |
| *Plaintiffs,* | ) | |
| | ) | |
| v. | ) | |
| | ) | **Judge Trauger** |
| **STEWART COUNTY,** | ) | |
| **TENNESSEE;** | ) | |
| | ) | |
| **And,** | ) | |
| | ) | |
| **DANA SALTKILL;** | ) | |
| | ) | |
| *Defendants.* | ) | |

---

**JOINT MOTION TO MODIFY CASE MANAGEMENT ORDER**

---

Come now the parties and JOINTLY[1] move this Honorable Court to modify the case management order to extend the discovery period to **July 3, 2026, and adjust the related deadlines accordingly.**

The trial in this matter is set for **May 4, 2027**. (ECF 21, Order). The current case management deadlines (ECF 20, ICMO) are as follows:

- **Fact discovery: May 29, 2026**

- **Joint mediation report: June 12, 2026**

---

[1] Defendants agree to the relief sought in this motion. Defendants also have a pending motion to consolidate (Docs. 11, 12) where they are seeking to combine these matters, either for all purposes or for discovery only. If granted, Defendants reserve the right to seek a joint scheduling order that further deviates from the deadlines in this case and sought in this motion. Further, Defendants intend on filing a motion for a status conference to address the consolidation issue once responses are filed, which are due today.

1