UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JOHN DOE, et al., | |
| Plaintiffs, | Case No. 3:25-cv-00634 |
| v. | Judge Aleta A. Trauger<br>Magistrate Judge Luke A. Evans |
| STEWART COUNTY, TENNESSEE, et al., | |
| Defendants. | |

## ORDER

This matter is set for a telephone conference on July 2, 2026 at 1:00 p.m. Counsel for each party shall call (855) 244-8681 and enter access code 2317 604 8628# to participate.

It is so ORDERED.

_____
LUKE A. EVANS
United States Magistrate Judge