UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| | |
|---|---|
| JOHN DOE, et al., | |
| Plaintiffs, | Case No. 3:25-cv-00634 |
| v. | Judge Aleta A. Trauger |
| | Magistrate Judge Luke A. Evans |
| STEWART COUNTY, TENNESSEE, et al., | |
| Defendants. | |

## ORDER

Counsel for the parties appeared for a case management conference with the Magistrate Judge on July 2, 2026. For the reasons stated in the conference, the motion to quash (Doc. No. 52) is DENIED AS MOOT.

It is so ORDERED.

LUKE A. EVANS
United States Magistrate Judge