Motion GRANTED.
Extensions as requested.

**IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE**

| | |
|---|---|
| **JOHN DOE,** ) | |
| ) | |
| **And** ) | |
| ) | |
| **JANE DOE,** ) | |
| ) | **Civil Action No: 3:25-cv-634** |
| *Plaintiffs,* ) | |
| ) | |
| v. ) | |
| ) | **Judge Trauger** |
| **STEWART COUNTY,** ) | |
| **TENNESSEE;** ) | |
| ) | |
| **And,** ) | |
| ) | |
| **DANA SALTKILL;** ) | |
| ) | |
| *Defendants.* ) | |

---

**JOINT MOTION TO MODIFY CASE MANAGEMENT ORDER**

---

Come now the parties and JOINTLY move this Honorable Court to modify the case management order to extend the fact discovery period to **July 24, 2026** and the Joint mediation report deadline to **September 4, 2026**.

The trial in this matter is set for **May 4, 2027**. (ECF 21, Order). The current case management deadlines (ECF 49, Order) are as follows:

- **Fact discovery: July 3, 2026**

- **Joint mediation report: July 17, 2026**

- **Plaintiffs' expert disclosures: August 21, 2026**

- **Defendants' expert disclosures: October 2, 2026**

- **Expert depositions: November 6, 2026**

1