UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| | |
|---|---|
| JOHN DOE, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>STEWART COUNTY, TENNESSEE, et al.,<br><br>    Defendants. | Case No. 3:25-cv-00634<br><br>Judge Aleta A. Trauger<br>Magistrate Judge Luke A. Evans |

## <u>ORDER</u>

The parties filed a joint notice to withdraw the renewed motion to quash plaintiff's subpoena to non-party Jessica Lang (Doc. No. 69). Accordingly, the motion (Doc. No. 62) is DENIED AS MOOT.

It is so ORDERED.

_____
LUKE A. EVANS
United States Magistrate Judge