**IN THE UNITED STATES DISTRICT COURT FOR THE**
**MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | | |
|---|---|---|
| JOHN DOE, ET AL., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Civil No. 3:25-cv-634 |
| | ) | Judge Trauger |
| STEWART COUNTY, TENNESSEE, ET AL., | ) | |
| | ) | |
| Defendant. | ) | |

**O R D E R**

At the joint request of the parties (Doc. No. 72), it is hereby ORDERED that the parties shall file another joint mediation report by March 5, 2027.

It is so **ORDERED**.

ALETA A. TRAUGER
U.S. District Judge