**IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF TENNESSEE**

| | | |
|---|---|---|
| **JOHN DOE,**<br><br>**And**<br><br>**JANE DOE,**<br><br>***Plaintiffs*,**<br><br>**v.**<br><br>**STEWART COUNTY, TENNESSEE;**<br><br>**And,**<br><br>**DANA SALTKILL;**<br><br>***Defendants.*** | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | **Civil Action No: 3:25-cv-634**<br><br>**Judge Trauger** |

---

**ORDER AUTHORIZING LIMITED USE OF SELECT TNARNG DOCUMENTS IN INSPECTOR GENERAL COMPLAINT**

---

Plaintiffs have moved this Honorable Court to modify its protective order in this matter (ECF 42, Order) to permit Plaintiffs to utilize two identified documents produced by the Tennessee Army National Guard ("TNARNG") in this matter in connection with Plaintiffs' anticipated complaint to the Department of the Army Inspector General.

Plaintiffs' motion represents that this request is unopposed by the Defendants and unopposed by the TNARNG.

Plaintiffs have shown good cause for the limited disclosure that they seek, which will be limited to disclosing these identified documents (TNARG Doc. 763 – 764, and TNARG Doc. 1599 – 1605) to another department within the entity that originally produced the records – the Department of the Army Inspector General. Therefore, Plaintiffs' motion is hereby granted, and

the protective order in this case is modified to permit this limited use of these select documents in addition to the uses generally permitted in the context of "this Action." (ECF 42, Order).

It is so ordered.

Aleta Trauger
U.S. District Court Judge

Approved for Entry:

*s/ Kyle Mothershead*
Kyle Mothershead, BPR 22953
Relentless Advocacy, PLLC
7000 Executive Center Drive, Ste 240
Brentwood, TN 37027
T: (615) 891-3901 / F: (615) 229-6387
E: kyle@relentlesslaw.com