Motion GRANTED.
Extension to 11/30/2026.

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| JOHN DOE and JANE DOE,<br><br>*Plaintiff*,<br><br>vs.<br><br>STEWART COUNTY, TENNESSEE,<br>SHERIFF FRANKIE GRAY,<br>and DANA SALTKILL,<br><br>*Defendants*. | ) | Case No.: 3:25-cv-00634<br>JURY DEMANDED |

**DEFENDANTS' UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO FILE DISPOSITIVE MOTIONS AND INCORPORATED MEMORANDUM OF LAW**

COMES NOW, Defendants Stewart County, Sheriff Frankie Gray, and Detective Dana Saltkill, by and through undersigned counsel, and moves this Court for an extension of time to file a dispositive motion pursuant to Fed. R. Civ. P. 6(b)(1)(A). This Court's current deadline for dispositive motions is November 20, 2026. [Doc. No. 20, p. 4]. The complex nature of this case, the extensiveness of the record, and other professional obligations create the good cause to grant this extension and allow the Defendants to fully and accurately brief the various legal issues. To that end, Defendants request to have a seven-day extension, which due to holidays, puts the new deadline on November 30, 2026. After conferring with Plaintiffs' counsel, Plaintiffs do not oppose this relief, and the Parties have agreed to leave all other brief deadlines as is.

**STANDARD OF REVIEW**

Federal Rule of Civil Procedure 6(b) states a court may grant an extension of time "for good cause" if the request is made "before the original time or its extension expires[.]" Fed. R. Civ. P. 6(b)(1)(A). Such extensions are within the "broad discretion" of the trial court's pretrial